UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 16, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 23-MJ-88 |
| | : | |
| DANIEL BALL, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 231(a)(3) |
| Defendant. | : | (Civil Disorder) |
| | : | 18 U.S.C. §§ 111(a)(1) and (b) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers Using a Dangerous |
| | : | Weapon) |
| | : | 18 U.S.C. § 844(h)(1) |
| | : | (Use of Explosive to Commit a Felony) |
| | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property) |
| | : | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(2) and (b)(1)(A) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(4) and (b)(1)(A) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 40 U.S.C. § 5104(e)(1)(A) |
| | : | (Unlawful Possession of an Explosive in the |
| | : | Capitol Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **DANIEL BALL** committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **DANIEL BALL**, using a deadly and dangerous weapon, that is, an explosive, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> (**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

2

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **DANIEL BALL**, using a deadly and dangerous weapon, that is, a large piece of wood, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> **(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,** in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **DANIEL BALL** did knowingly use an explosive to commit a felony which may be prosecuted in a court of the United States; that is, the defendant used an explosive to commit each of the federal felonies charged above in Counts One and Two.

> **(Use of Explosive to Commit a Felony,** in violation of Title 18, United States Code, Section 844(h)(1))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **DANIEL BALL** did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, a piece of a window shutter, which has a value of less than $1000.

**(Theft of Government Property,** in violation of Title 18, United States Code, Section 641)

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **DANIEL BALL** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an explosive and a large piece of wood.

**(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,** in violation of Title 18, United States Code, Sections 1752(a)(1) and (b)(1)(A))

## COUNT SEVEN

On or about January 6, 2021, in the District of Columbia, **DANIEL BALL** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an explosive and a large piece of wood.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,** in violation of Title 18, United States Code, Sections 1752(a)(2) and (b)(1)(A))

## COUNT EIGHT

On or about January 6, 2021, in the District of Columbia, **DANIEL BALL** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an explosive and a large piece of wood.

> **(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of Title 18, United States Code, Sections 1752(a)(4) and (b)(1)(A))**

## COUNT NINE

On or about January 6, 2021, within the District of Columbia, **DANIEL BALL** did carry and have readily accessible an explosive within the United States Capitol Grounds and in any of the Capitol Buildings.

> **(Unlawful Possession of an Explosive in Capitol Grounds or Buildings, in violation of Title 40, United States Code, Section 5104(e)(1)(A))**

## COUNT TEN

On or about January 6, 2021, in the District of Columbia, **DANIEL BALL** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D)**)**

### COUNT ELEVEN

On or about January 6, 2021, in the District of Columbia, **DANIEL BALL** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

**(Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F)**)**

### COUNT TWELVE

On or about January 6, 2021, in the District of Columbia, **DANIEL BALL** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

**(Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G)**)**

A TRUE BILL:

FOREPERSON.

*Matthew M Graves/by*

Attorney of the United States in
and for the District of Columbia.