THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Criminal No. 1:23-cr-00160-RC-1** |
| **DANIEL BALL,** | ) | |
| *Defendant*. | ) | |

### DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

Daniel Ball, by and through undersigned counsel, respectfully moves to substitute Amy C. Collins as counsel of record in the place of Greg Hunter in the above-captioned matter. In support of this Motion, counsel submits the following:

1. On May 18, 2023, the Court appointed Mr. Hunter as counsel for Mr. Ball. *See* Minute Entry (May 18, 2023).

2. On July 10, 2023, Ms. Collins filed her Notice of Appearance as retained counsel for Mr. Ball. *See* ECF No. 15.

3. Accordingly, counsel respectfully requests that this Court substitute counsel in the above-captioned matter.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
(228) 424-0609
AmyC@pricebenowitz.com

*Counsel for Daniel Ball*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2023, I have served this Motion upon all parties in this matter through the CM/ECF system.

_____/s/_____
Amy C. Collins