UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-160-RC |
| | : | |
| DANIEL BALL, | : | |
| | : | |
| Defendant. | : | |

**JOINT REPORT AND PROPOSED SCHEDULING ORDER**

On October 17, 2023, this Court directed the parties to "file a joint report with a proposed scheduling order for the court's review by 10/31/2023." Minute Entry 10/17/2023. The parties met telephonically on October 25, 2023, and have worked through details in the days following via email.

**I.    Plea offered**

The government provided an offer of pretrial resolution on September 14, 2023. The offer contained an expiration date of October 6, 2023, which was later extended to October 10, 2023. The offer was not accepted. During the discussion by the parties, the defense indicated that the sticking point of the potential offer related to count four, charging 18 U.S.C. § 844(h). The defendant may seek a legal determination as to the charge as part of his Rule 12 motions to this Court.

**II.    Trial**

Without a pretrial resolution of the case, the discussion moved to the logistics of the trial. The parties believe that without any stipulations that a trial in this case would require two weeks of presentment of the evidence. This includes approximately 16 government witnesses, an undisclosed number of defense witness, and argument. There remains a dispute as to how much of the trial can be by way of stipulation. The defendant wishes to proceed to a trial on the factual

determination on count four; however, the government believes such a trial would still be as extensive as one on all the counts. The parties will continue to discuss this possibility in the coming weeks.

### III.     Pretrial Schedule

Although the parties will continue to discuss *how* a trial will look in this case, there is no reason to delay the case any further. The parties believe that the attached schedule will provide sufficient time for each party to raise any legal issues prior to a trial and allow sufficient time to prepare for the trial. The trial date has been left blank on the proposed order, but the parties request June 17, 2024, as a trial start date.

| | |
|---|---|
| /s/ | /s/*Adam M. Dreher* |
| AMY COLLINS | ADAM M. DREHER |
| Attorney for Defendant | Assistant United States Attorney |
| D.C. Bar No. 1708316 | Mich Bar No. P79246 |
| Price Benowitz LLP | 601 D St. NW |
| 409 7th St. NW Ste. 200 | Washington, D.C. 20530 |
| Washington, D.C. 20004 | (202) 252-1706 |
| amyc@pricebenowitz.com | adam.dreher@usdoj.gov |
| | |
| | MICHAEL L. JONES |
| | D.C. Bar No. 1047027 |
| | Trial Attorney |
| | (202) 252-7820 |
| | michael.jones@usdoj.gov |