# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 23-cr-160-RC |
| : | |
| DANIEL BALL, : | |
| : | |
| Defendant.   : | |

## MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

The United States of America, in consultation with counsel for the above-named defendant and the Court's Deputy Clerk, respectfully requests this Court enter the attached proposed scheduling order in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
MI Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

MICHAEL L. JONES
D.C. Bar No. 1047027
Trial Attorney
(202) 252-7820
michael.jones@usdoj.gov