# EXHIBIT B



May 9, 2023

Ms. Charlotte A. Herring
Assistant Federal Public Defender
Western District of Texas, Austin Division
504 Lavaca Street, Suite 960
Austin, TX  78701

Dear Ms. Herring,

As you know, the Federal Public Defenders' Office for the Western District of Texas commissioned Select Litigation, LLC, of Washington, D.C., to assess the federal jury pool in the District of Columbia. This project is conducted on behalf of the indigent clients indicted for activities arising out of the January 6, 2021, demonstrations at the U.S. Capitol building who are represented by Assistant Federal Public Defenders. To that end, Select Litigation conducted a public opinion poll among jury-eligible citizens of the District of Columbia. For ease of reference, I am numbering the paragraphs of this letter reporting on our results.

## Jury Pool Analysis

1. This poll is an update of polling conducted in January 2022 for the Federal Public Defenders' Office for the District of Columbia.  Submissions related to those two polls can be found in the filings for USA v. David Lee Judd (Criminal Action No. 1:21-cr-00040-TNM-3), especially document 257 in that matter. The sampling procedure used in the current poll is identical to the sampling procedure for the previous one. Most of the questions asked of respondents in these polls are identical to questions asked previously; some minor, non-substantive editing made date references in questions more accurate.  Special care was taken to ensure that the composition of the final sample for this poll matches as closely as possible the composition final sample for the previous one.

2. The sample for the current poll was drawn from current lists including both landlines and cellular devices, and the sampling was done in a manner to ensure that every jury-eligible citizen on the list would have an equal probability of being included in the final sample. Interviewing was conducted by professional interviewers by telephone April 30-May 4, 2023. Respondents were interviewed on both landlines and mobile devices.  The total sample size was 350 respondents. The wording and ordering of the substantive questions mimicked the wording and sequence of the prior poll. A copy of the questionnaire is included as an addendum to this letter.

3.      All polls are subject to errors related to interviewing a sample of a universe rather than the entire population. The margin of estimation or sample error for a sample size of 350 is 5.2 percentage points at the 95% confidence interval. This means that in 95 out of 100 cases, the responses in this poll should be within plus or minus 5.2 percentage points of the responses that would have been obtained interviewing the entire jury-eligible population in the District of Columbia. The sampling error for subgroups contained would be larger. Small adjustments were made to the interviews collected to ensure that the sample reflects the best available information about the composition of the population. In this and other respects, the methods used in conducting this poll were according to or exceeding professional standards for public opinion research.

4.      I was the project manager for this research by Select Litigation. Over the past four decades, I have conducted over 3000 public opinion polls. I am a political scientist by training, having earned a B.A degree with departmental honors at Guilford College, an M.A. from the University of Nebraska, completed doctoral course work and comprehensive exams at Tulane University, and did advanced study in opinion research and statistics at the University of Michigan.

5.      Prospective jurors in the District of Columbia continue to have decidedly negative impressions of individuals arrested in conjunction with the activities of January 6, 2021. The bias against the defendants is evident in numerous results and is reflected in a significant prejudgment of the case: an overwhelming majority believe the defendants are guilty, and a near-majority admit they would be inclined to vote "guilty" if they were serving on a jury at the defendants' trial. In short, the bias against the defendants found in our previous poll has not abated in any meaningful way during the intervening sixteen months.

6.      Essentially every jury-eligible individual in the District of Columbia (98%) is aware of the demonstrations that took place at the Capitol on January 6, 2021. Awareness that "several hundred people were arrested on charges related to those demonstrations" is almost as high (94% aware). *See* Appendix A, Q1, Q3.

7.      Most jury-eligible District of Columbia citizens (68%) express confidence that the current defendants will receive a "fair trial" in the District of Columbia. The current result is a statistically significant decline from the 80% who believed this in January 2022. Likewise, the proportion who are not willing to say this has increased from 14% to 24%. Responses to other questions mitigate the notion that even this reduced confidence in a fair trial accurately reflects reality. *See Appendix A,* Q6.

8.      The vast majority (70%) have an unfavorable opinion of the "people arrested for participating in the events at the Capitol on January 6." Only 6% have a favorable view of those arrested; another 4% volunteer that their opinion is mixed, and 6% do not offer an opinion of those arrested. The opinion of the defendants has improved only slightly over the past sixteen months. *See Appendix A,* Q2.

9. An overwhelming majority of the District of Columbia jury pool have a prejudgment about the case. When asked whether they think the "people who were arrested for activities related to those demonstrations are guilty or not guilty of the charges brought against them," 61% say "guilty" and 6% say "not guilty." Only about one of every four volunteers that "it depends," while only 7% offer no opinion as to the guilt of those arrested. The prejudgment of the defendants' guilt is only slightly diminished since January 2022. *See Appendix A,* Q4.

10. This perception of guilt goes beyond a simple, loosely held opinion. From early in life, most every American is exposed to the monition that, if they serve as jurors, they must treat defendants as "innocent until proven guilty." Despite this, a plurality of jury-eligible residents of the District of Columbia (46%) admits in this anonymous interview that if they were "on a jury for a defendant charged with crimes for his or her activities on January 6th," they would be more likely to vote the defendant "guilty." Only 6% say they would be more likely to vote "not guilty." About four of every ten prospective jurors volunteer that "it depends" on how they would vote, and 5% offer no opinion. This inclination to vote guilty is statistically unchanged since our previous poll. *See Appendix A*, Q5.

11. The prejudgment revealed in responses to these two questions – the belief that the defendants are guilty of the charges brought against them and the admission that most would vote guilty if they were on a jury -- are in sharp contrast to the expressions of confidence for a "fair trial." It is of particular interest that 76% of those who stated that they believe the defendants will receive a fair trial think the defendants are guilty, and 56% of them say they would vote "guilty" if they were on a jury.

12. Almost all prospective jurors in District of Columbia remember being exposed to media coverage of January 6th (over 98% have seen, read, or heard some). Most of them (59%) say the media coverage implied that the defendants are guilty of "the charges brought against them." Only 4% say the coverage suggests the defendants are not guilty, and 26% say the media coverage on the matter of guilt has been mixed. *See Appendix A,* Q8, Q9.

13. The poll also reveals that the media coverage to which members of the jury pool have been exposed is quite provocative. 83% report having seen "footage from surveillance cameras inside the Capitol building." 65% say they were exposed to coverage reporting "the fact that many of the January 6th defendants have already pled guilty or been found guilty of the charges against them." Only one in four say they have not seen such reports. Likewise, 65% say they have seen "defendants spraying substances like chemical irritants on law enforcement personnel." By contrast, 46% say they have seen video of law enforcement personnel spraying similar substances on defendants. *See Appendix A, Q12.*

14. These opinions of the defendants among prospective District of Columbia jurors are buttressed by strong underlying beliefs about the defendants' associations, beliefs, actions, and motivations. First, large majorities accept, and few

3

prospective jurors reject, negative descriptions of the defendants. Majorities believe that most of the defendants are accurately described as "conspiracy theorists," as "white supremacists," as "criminals," and as "members of a violent right-wing organization." The proportion of prospective jurors who would reject such descriptions never exceeds 30%. These beliefs are statistically unchanged from January 2022. By a margin of 48% to 27%, prospective jurors say they would describe most of the defendants as "members of the organization called the Proud Boys." *See Appendix A, Q10.*

15. In summary, members of the jury-eligible population in the District of Columbia continue to have adverse opinions of the January 6th defendants. Independent of hearing Court-approved evidence, they believe the defendants are guilty of the charges against them. Most say they would be inclined to vote guilty if they were members of a jury. And most have opinions of the defendants' beliefs and associations that anchor these adverse views.

Sincerely yours,

s/

Harrison Hickman
Select Litigation, LLC
5301 Wisconsin Ave, NW, Suite 330
Washington, DC 20015

# Appendix A
# Select Litigation Results 2023



| Copyright 2023 | April 30 - May 4, 2023 | 350 Interviews |
|---|---|---|
| District of Columbia | SL 3629 | Margin of Error: +/- 5.2 |

**NOTE:** If numbers have <mark>golden background</mark>, then there is a statistically significant difference between the 2023 and 2022 poll respondents.

Hello, my name is _____ from **[PHONEBANK]**, a national research firm.

**[IF LANDLINE]** We're conducting a survey in Washington, D.C. to get people's opinions on important local issues. This number was selected at random and according to the research procedure, I would like to speak to the youngest **(ALTERNATE: MAN/WOMAN)** at this address who is registered to vote.

**[IF CELL PHONE]** We're conducting a survey of cell phone users in Washington, D.C. to get people's opinions on important local issues. Since you are on a cell phone, I can call you back if you are driving or doing anything else that requires your full attention. Can you talk safely and privately now? **[IF YES, CONTINUE. IF NO, SCHEDULE CALLBACK]**

**RESUME ASKING ALL RESPONDENTS**

**QA.** To ensure we have a proper sample, would you please tell me the name of the county you live in? **[CODED]**

**QB.** Are you officially registered to vote in Washington, D.C.?

|  |  | **April-May 2023** | *January 2022* |
|---|---|---|---|
|  | Yes | 100% | *99%* |
|  | No | * | *1* |
| **VOL:** | (Don't know) | * | *-* |

**ASK QC IF NOT REGISTERED TO VOTE OR DON'T KNOW [QB=2,3]**
**QC.** Do you currently have a driver's license with a Washington, D.C. address?

|  |  | **April-May 2023** | *January 2022* |
|---|---|---|---|
|  | Yes | * | *1%* |
|  | No/Don't know ———————————————▶ | | **TERMINATE** |
| **VOL:** | (Don't know) | 100 | *99* |

**RESUME ASKING ALL RESPONDENTS**
**QD.** And to make sure we interview people in all parts of the city, please tell me the ZIP code at the address where you live. **[CODED]**

**QE.** In the last month, have you received a summons to appear for jury duty?

|  | **April-May 2023** | *January 2022* |
|---|---|---|
| No | 100% | *100%* |
| Yes/Don't know ———————————————▶ | | **TERMINATE** |

**QF.** Are you a member of federal, state, or local law enforcement?

|  | **April-May 2023** | *January 2022* |
|---|---|---|
| No | 100% | *100%* |
| Yes/Don't know ———————————————▶ | | **TERMINATE** |

**QG.** Are you an active-duty military member?

|  | **April-May 2023** | *January 2022* |
|---|---|---|
| No | 100% | *100%* |
| Yes/Don't know ———————————————▶ | | **TERMINATE** |

**QH.** Are you, or any of your immediate family members, congressional staff?

|  | **April-May 2023** | *January 2022* |
|---|---|---|
| No | 100% | *100%* |
| Yes/Don't know ———————————————▶ | | **TERMINATE** |

**QI.** Are you, or any of your immediate family members, employed by the Department of Justice, or D.C. or federal courts?

|  | **April-May 2023** | *January 2022* |
|---|---|---|
| No | 100% | *100%* |
| Yes/Don't know ———————————————▶ | | **TERMINATE** |

**QJ.** Are you, or any of your immediate family members or close personal friends CURRENTLY employed by or have any affiliation with the media?

|  | **April-May 2023** | *January 2022* |
|---|---|---|
| No | 100% | *100%* |
| Yes/Don't know ———————————————▶ | | **TERMINATE** |

**Q1.** Are you aware or not aware of the demonstrations that took place at the Capitol on January 6, 2021?

|  |  | **April-May 2023** | *January 2022* |
|---|---|---|---|
|  | Aware | 98% | *99%* |
|  | Not aware | 2 | *1* |
| **VOL:** | (Refused) | - | *-* |

**Q2.** Do you have an unfavorable or favorable opinion of the people arrested for participating in the events at the U.S. Capitol on January 6?

|  |  | **April-May 2023** | **January 2022** |
|---|---|---|---|
|  | Favorable | 10% | 6% |
|  | Unfavorable | 70 | 84 |
| **VOL:** | (Mixed) | 16 | 4 |
| **VOL:** | (Don't know/Refused) | 4 | 6 |

**Q3.** Are you aware or not aware that several hundred people were arrested on charges related to those demonstrations?

|  |  | **April-May 2023** | **January 2022** |
|---|---|---|---|
|  | Aware | 94% | 93% |
|  | Not aware | 6 | 6 |
| **VOL:** | (Refused) | - | 1 |

**Q4.** From what you have heard or read, do you think the people who were arrested for activities related to those demonstrations are guilty or not guilty of the charges brought against them?

|  |  | **April-May 2023** | **January 2022** |
|---|---|---|---|
|  | Guilty | 61% | 71% |
|  | Not guilty | 6 | 3 |
| **VOL:** | (Depends) | 26 | 16 |
| **VOL:** | (Don't know/Refused) | 7 | 10 |

**Q5.** Assume you are on a jury for a defendant charged with crimes for his or her activities on January 6th. Are you more likely to vote that the person is guilty or not guilty of those charges?

|  |  | **April-May 2023** | **January 2022** |
|---|---|---|---|
|  | Guilty | 46% | 52% |
|  | Not guilty | 6 | 2 |
| **VOL:** | (Depends) | 44 | 33 |
| **VOL:** | (Don't know/Refused) | 5 | 13 |

**Q6.** Do you think the defendants currently charged with crimes for their activities on January 6th will or will not get a fair trial in the District of Columbia?

|  |  | **April-May 2023** | **January 2022** |
|---|---|---|---|
|  | Will | 68% | 80% |
|  | Will not | 13 | 10 |
| **VOL:** | (Depends) | 11 | 4 |
| **VOL:** | (Don't know/Refused) | 7 | 5 |

**Q7. [NOT ASKED IN JANUARY 2022]** With regard to the cases for individuals charged with crimes for his or her activities on January 6th, do you want the juries hearing those cases to find the defendants guilty or not guilty of the charges against them?

|  |  | **April-May 2023** |
|---|---|---|
|  | Guilty | 39% |
|  | Not guilty | 5 |
| **VOL:** | (Depends) | 50 |
| **VOL:** | (Don't know/Refused) | 7 |

**Q8.** Since the demonstrations took place on January 6th, how much news coverage have you seen, heard, or read about the demonstrations at the Capitol, the investigations, arrests, and court proceeding of individuals involved in those demonstrations – a lot, quite a bit, some, not much, or none at all?

|  |  | **April-May 2023** | **January 2022** |
|---|---|---|---|
|  | A lot | 38% | 33% |
|  | Quite a bit | 24 | 28 |
|  | Some | 24 | 25 |
|  | Not much | 12 | 9 |
|  | None at all | 2 | 4 |
| **VOL:** | (Don't know/Refused) | * | * |

**Q9.** Has most of the media coverage you have seen, heard, or read suggested the defendants are likely guilty or are likely not guilty of the charges brought against them?

|  |  | **April-May 2023** | **January 2022** |
|---|---|---|---|
|  | Likely guilty | 59% | 63% |
|  | Likely not guilty | 4 | 4 |
| **VOL:** | (Depends) | 28 | 17 |
| **VOL:** | (Don't know/Refused) | 9 | 16 |

**Q10.** I am going to read some descriptions of people. For each of these, tell me if you would or would not describe most of the people who were arrested for their involvement in the events on January 6th at the U.S. Capitol building using each description. Here's the first one: **[READ ITEM]** Would you describe, or would you not describe most of the people who were arrested for their actions on January 6th as **[ITEM]**?
**SCRAMBLE**

|  |  | **Would** | **Would not** | **(Not sure/Don't know)** | **(Refused)** |
|---|---|---|---|---|---|
| • Conspiracy theorists | April-May 2023 | 56% | 21 | 20 | 2 |
|  | *January 2022* | *70%* | *15* | *13* | *2* |
| • White supremacists | April-May 2023 | 53% | 22 | 23 | 2 |
|  | *January 2022* | *58%* | *25* | *14* | *3* |
| • Criminals | April-May 2023 | 53% | 21 | 25 | 1 |
|  | *January 2022* | *62%* | *28* | *7* | *2* |

**Q10.** I am going to read some descriptions of people. For each of these, tell me if you would or would not describe most of the people who were arrested for their involvement in the events on January 6th at the U.S. Capitol building using each description. Here's the first one: **[READ ITEM]** Would you describe, or would you not describe most of the people who were arrested for their actions on January 6th as **[ITEM]**?
**SCRAMBLE**

|  |  | Would | Would not | (Not sure/Don't know) | (Refused) |
|---|---|---|---|---|---|
| • Members of a violent right-wing organization | April-May 2023 | 52% | 25 | 22 | 2 |
|  | *January 2022* | *54%* | *29* | *15* | *2* |
| • Members of the organization called the Proud Boys | April-May 2023 | 48% | 27 | 22 | 2 |

**Q11. [NOT ASKED IN JANUARY 2022]** You said earlier that you have not received a summons to report for jury duty recently. Thinking back a little further, have you received a summons for jury service in D.C. in the last two years? **[IF YES]** If you happen to know, were you called for jury duty on a trial related to the demonstrations on January 6 or was the trial for which you were called related to something else?

|  |  | April-May 2023 |
|---|---|---|
|  | YES: January 6 | 4% |
|  | YES: Other | 24 |
|  | NO | 66 |
| **VOL:** | (Don't know/Refused) | 6 |

**Q12. [NOT ASKED IN JANUARY 2022]** One last question about the media coverage concerning the demonstrations on January 6th. For each of the following, tell me if you have or have not seen coverage about each of the following. Here's the first one: **[READ ITEM]** Have you or have you not seen coverage of this?
**SCRAMBLE**

|  |  | Have | Have not | (Not sure/Don't know) | (Refused) |
|---|---|---|---|---|---|
| • Footage from surveillance cameras inside the Capitol building | April-May 2023 | 82% | 14 | 4 | - |
| • The fact that many of the January 6th defendants have already pled guilty or been found guilty of the charges against them | April-May 2023 | 65% | 24 | 11 | * |
| • Demonstrators spraying substances like chemical irritants on law enforcement personnel | April-May 2023 | 63% | 25 | 11 | 1 |
| • Law enforcement personnel spraying substances like chemical irritants on demonstrators | April-May 2023 | 46% | 39 | 14 | 1 |

Now let's go to some final questions with a reminder that this survey is completely confidential.

**D100.** Gender.

|  |  | April-May 2023 | *January 2022* |
|---|---|---|---|
|  | Male | 46% | *46%* |
|  | Female | 54 | *54* |

**D101.** What is your age?

|  |  | April-May 2023 | *January 2022* |
|---|---|---|---|
|  | 18-24 | 3% | *2%* |
|  | 25-29 | 7 | *8* |
|  | 30-34 | 13 | *13* |
|  | 35-39 | 20 | *20* |
|  | 40-44 | 11 | *12* |
|  | 45-49 | 10 | *7* |
|  | 50-54 | 8 | *7* |
|  | 55-59 | 7 | *7* |
|  | 60-64 | 3 | *2* |
|  | 65+ | 18 | *20* |
| **VOL:** | (Refused) | - | *3* |

**D102.** What is the last grade you completed in school?

|  |  | April-May 2023 | *January 2022* |
|---|---|---|---|
|  | Some grade school (1-8) | 1% | * |
|  | Some high school (9-11) | 2 | *5* |
|  | Graduated high school | 12 | *8* |
|  | Technical/Vocational | 5 | *2* |
|  | Some college | 16 | *13* |
|  | Graduated college | 30 | *31* |
|  | Graduate/Professional | 33 | *38* |
| **VOL:** | (Don't know/Refused) | 2 | *4* |

| | | | **April-May 2023** | **January 2022** |
|---|---|---|---|---|
| **Q13.** And when it comes to politics, do you generally think of yourself as a Democrat, an Independent, or a Republican? | | Democrat............................ | 57% | 59% |
| | | Independent ....................... | 28 | 29 |
| | | Republican ......................... | 5 | 4 |
| | **VOL:** | (Other)................................ | 4 | 3 |
| | **VOL:** | (Don't know) ....................... | 5 | 5 |

**ASK ONLY IF REGISTERED TO VOTE IN QB [QB=1]**

| | | | **April-May 2023** | **January 2022** |
|---|---|---|---|---|
| **Q14.** Regardless of how you feel about the parties, how are you registered to vote: as a Democrat, an Independent, or a Republican? | | Democrat............................ | 69% | 69% |
| | | Independent ....................... | 18 | 18 |
| | | Republican ......................... | 6 | 4 |
| | **VOL:** | (Other)................................ | 1 | 2 |
| | **VOL:** | (Don't know) ....................... | 6 | 6 |
| | | NOT REGISTERED .......... | * | 1 |

**RESUME ASKING ALL RESPONDENTS**

| | | | **April-May 2023** | **January 2022** |
|---|---|---|---|---|
| **D300.** And just to make sure we have a representative sample of voters, could you please tell me your race? **[IF NECESSARY]** Well, most people consider themselves black or white? | | Black.................................. | 69% | 44% |
| | | White ................................. | 18 | 43 |
| | **VOL:** | (Other)................................ | 6 | 8 |
| | **VOL:** | (Don't know/Refused)........ | 1 | 4 |

| | | | **April-May 2023** | **January 2022** |
|---|---|---|---|---|
| **D301.** Do you consider yourself a Hispanic, Latino, or Spanish-speaking American? | | Yes .................................... | 6% | 6% |
| | | No....................................... | 92 | 91 |
| | **VOL:** | (Don't know/Refused)........ | 2 | 3 |

Thank you for taking the time to complete this interview.