UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 23-cr-160 RC |
| | : | |
| DANIEL BALL, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

Mr. Ball is awaiting trial on charges related to his conduct on January 6, 2021. Those charges allege that Mr. Ball threw an explosive device into a confined space where police officers fought to keep the crowd out of the United States Capitol Building.

On July 10, 2024, this Court ordered the parties to meet and confer and submit a joint status report on or before August 9, 2024. Minute Order July 10, 2024. The parties spoke via telephone on July 12, 2024, and have worked through details in the days following via email.

On July 10, 2023, Mr. Ball's attorney filed an appearance with this Court. ECF No. 15. On December 23, 2023, this Court entered a pretrial scheduling order. ECF No. 19. Pursuant to this first scheduling order, motions were to be submitted on March 22, 2024. On March 12, 2024, the defendant filed a motion to extend certain filing deadlines. ECF No. 20. With concurrence from the parties, this Court entered a revised pretrial scheduling order on March 28, 2024. ECF No. 23. This revised schedule ordered motions be filed on April 19, 2024. On April 17, 2024, the defendant filed a motion to extend pretrial motions. ECF No. 24. Following hearing on the issue, this Court entered a revised pretrial scheduling order on June 11, 2024. ECF No. 34.

I. **Pending Motions**

The defendant filed a motion to change venue. ECF No. 25. Following the defendant's reply on May 8, 2024, the United States Court of Appeals issued an opinion in *United States v. Webster*, 102 F.4th 471 (D.C. Cir. 2024) that touched on the issue of venue. The parties submitted additional briefing. *See* ECF Nos. 30, 35, 36, and 37. No other motions are pending.

II. **Future Motions**

The current deadline for filing pretrial motions is September 24, 2024. The defense is still in the process of determining which motions it will file, if any.

III. **Experts**

The government has provided the defendant with reports outlining the tests that have been conducted by an expert with the Federal Bureau of Investigation. This Court ordered expert witness notices to be provided on September 10, 2024. Revisions to Rule 16 require that parties provide specific information related to each expert witness. Though the name of the government's expert can be found on the already-provided reports, the government has not yet provided a list of prior testimony, publications, or a curriculum vitae and will do so prior to the September 10 deadline.

The defendant is still in the process of determine whether it will call experts.  If it does, it will provide notice prior to the September 10 deadline.

IV. **Discovery**

The government has provided current counsel with 'case-specific' discovery productions on July 10, 2023; September 27, 2023; April 25, 2024; May 30, 2024; and July 18, 2024. 'Global' discovery productions have occurred on July 10, 2023; October 23, 2023; November 24, 2023; February 5, 2024; April 2, 2024; and June 5, 2024. Information for setting up a Capitol Building visit was sent on April 2, 2024.

To date, the defendant has provided the government with no discovery.

V.     **Middle District of Florida**

On August 6, 2024, the defendant was indicted on a felony count of Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1). Both the United States Attorney for the Middle District of Florida, and the United States Attorney for the District of Columbia, have begun working toward the possibility of extending a plea in the District of Columbia to all charges under Fed. R. Crim. Pro. 20.

A plea offer was originally provided to the defendant on September 14, 2023. The offer was not accepted. The government is finalizing a new plea offer that encompasses the new charges. It expects that offer will expire on September 10, 2024.

|  |  |
|---|---|
| /s/ | /s/*Adam M. Dreher* |
| AMY COLLINS | ADAM M. DREHER |
| Attorney for Defendant | Assistant United States Attorney |
| D.C. Bar No. 1708316 | Mich. Bar No. P79246 |
| 888 17th St., NW | 601 D St. NW |
| Washington, D.C. 20006 | Washington, D.C. 20530 |
| (228) 424-0609 | (202) 252-1706 |
| amy@amyccollinslaw.com.com | adam.dreher@usdoj.gov |
|  |  |
|  | ALIYA S. KHALIDI |
|  | Assistant United States Attorney |
|  | Mass. Bar No. 682400 |
|  | 601 D St. NW |
|  | Washington, D.C. 20530 |
|  | (202) 252-2410 |
|  | aliya.khalidi@usdoj.gov |