THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:23-cr-00160-RC-1 |
| DANIEL BALL, | ) | |
| *Defendant.* | ) | |

**SUPPLEMENT TO REPLY TO GOVERNMENT'S OPPOSITION
TO DEFENDANT BALL'S MOTION TO COMPEL**

Daniel Ball, by and through undersigned counsel, respectfully submits this Supplement to his Reply to the government's Opposition to his Motion to Compel.

In drafting Mr. Ball's motion to dismiss, defense counsel came across two additional comparison cases—*United States v. Santiago*, No. 6:23-cr-06178-FPG-1, and the criminal case charging "CW1," who is referenced in the Affidavit in Support of Criminal Complaint in *Santiago*, *see* ECF No. 1—for which Mr. Ball would like to request that this Court compel the disclosure of certain information:

1. All communications regarding the prosecution of *Santiago* between the defendant's counsel and line Assistant U.S. Attorneys at the U.S. Attorney's Office for the District of Oregon.

2. All discovery relating to *Santiago* and CW1 pertaining to the actual or alleged use, purchase, distribution, or sale of any firework, explosive, or destructive device in the possession of the U.S. Attorney's office for the Western District of New York.

3. All communications between the Department of Justice ("Main Justice") and the U.S. Attorney's Office for the Western District of New York regarding the prosecution of *Santiago*.

1

4. All communications between management at the U.S. Attorney's Office for the Western District of New York and the line Assistant U.S. Attorneys regarding the prosecution of *Santiago*.

5. Each of the four above-mentioned categories of materials as it relates to the prosecution of CW1.

Counsel was not previously aware of these cases, as Mr. Santiago's case (which is how counsel located CW1's case) has only recently been publicized with pertinent details since a plea was entered in late May and sentencing is set for next month.

Counsel has reached out to Mr. Santiago's defense counsel and government counsel in *Santiago* for the respective discovery but has not heard back as of the submission of this filing.

Respectfully submitted,

　/s/  Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Daniel Ball*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of September 2024, I have served this Supplement upon all parties in this matter through the CM/ECF system.

　/s/  Amy C. Collins
Amy C. Collins