# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:23-cr-00160-RC-1 |
| **DANIEL BALL,** | ) | |
| *Defendant.* | ) | |

## DEFENDANT BALL'S MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE

Daniel Ball, by and through undersigned counsel, respectfully moves to extend the expert disclosure deadline. In support of this Motion, counsel submits as follows.

1. On June 10, 2024, the Court held a status hearing. At the status hearing, the Court expressed a preference for any defense experts to file a single respective report with all opinions instead of a report that would need to be supplemented upon receipt of additional information. Accordingly, the Court subsequently entered a scheduling order to accommodate for this preference. *See* ECF No. 34.

2. On August 20, 2024, Mr. Ball filed a Motion to Compel that is currently pending before the Court. *See* ECF No. 42. Mr. Ball's Motion to Compel seeks the disclosure of information necessary for one of Mr. Ball's defense experts to finalize his expert report. Further, in a related filing, counsel requested an emergency hearing. *See* ECF No. 44. The Court has not yet ruled on Mr. Ball's Motion to Compel or the related requests raised in subsequent filings. *See* ECF No. 42; ECF No. 44; ECF No. 45.

3. Moreover, despite the government previously assuring defense counsel numerous times that all expert materials subject to an "expert disclosure" had been disclosed, on the evening of September 10, 2024 (the date of the expert disclosure deadline), the government disclosed—for

the very first time—materials Mr. Ball's explosives, fireworks, and pyrotechnics expert would need to consider in drafting a comprehensive expert report.

4. Accordingly, we would ask that this Court grant an extension to the expert disclosure deadline and any related dates.

5. As of the time of this filing, the government has not provided a position on this request.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Daniel Ball*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 10th day of September 2024, I have served this Motion upon all parties in this matter through the CM/ECF system.

_____/s/_____
Amy C. Collins