**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 23-cr-160-RC |
| | : | |
| DANIEL BALL, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION
FOR ORDER SETTING BRIEFING SCHEDULE FOR
AMENDED MOTION TO DISQUALIFY GOVERNMENT COUNSEL**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully opposes the defendant's motion seeking a briefing schedule. The proposed schedule's initial deadline has passed without a defense filing and is therefore moot. Moreover, the defendant may move to amend, withdraw, or supplement its original filing without a scheduling order. Because the defendant's motion is both moot and unnecessary, it should be denied.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

Date: December 3, 2024      /s/ *Andrew Floyd*
                ANDREW T. FLOYD
                Assistant United States Attorney
                D.C. Bar No. 1023316
                601 D St. NW
                Washington, D.C. 20530
                (202) 252-6841
                andrew.floyd@usdoj.gov