UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:23-cr-00160-RC-1 |
| | ) | |
| **DANIEL BALL,** | ) | |
| *Defendant.* | ) | |

### DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR ORDER SETTING BRIEFING SCHEDULE FOR AMENDED MOTION TO DISQUALIFY GOVERNMENT COUNSEL

Daniel Ball, by and through undersigned counsel, respectfully files this Reply to the government's Opposition to Defendant's Motion for Order Setting Briefing Schedule for Amended Motion to Disqualify Government Counsel, *see* ECF No. 60.

In its Opposition, the government indicated that because the proposed dates in Mr. Ball's Motion passed without Mr. Ball filing an Amended Motion to Disqualify (or a similar filing) that the Motion for Order Setting Briefing Schedule for Amended Motion to Disqualify Government Counsel is moot. *See* ECF No. 60 at 1. However, in his Motion, Mr. Ball indicated that the proposed dates were simply an option and that he would be open to varied schedule. *See* ECF No. 59 at 3. So, while the proposed dates ultimately did not work out for defense counsel, who has been undergoing treatment for a severe respiratory illness, the language of the Motion specifically contemplates the possibility of an alternative schedule. *See id.*

The government also took the position that Mr. Ball's Motion for Order Setting Briefing Schedule for Amended Motion to Disqualify Government Counsel was unnecessary since "the defendant may move to amend, withdraw, or supplement its original filing without a scheduling order." ECF No. 60 at 1. The fact that the government responded to Mr. Ball's Motion to Disqualify

Government Counsel—knowing that an amended motion was forthcoming—created a procedural issue that needed to be addressed by Mr. Ball in a timely manner; accordingly, he filed the Motion for Order Setting Briefing Schedule for Amended Motion to Disqualify Government Counsel. While it is appreciated that, since filing its Opposition, the government has indicated it will not oppose any efforts by Mr. Ball "to withdraw, amend, or supplement the original motion to disqualify," Email from Andrew Floyd to Amy C. Collins (Dec. 4, 2024), if Mr. Ball had not submitted a responsive filing to the government's Opposition to Mr. Ball's Motion to Disqualify Government Counsel, the government could have tried to assert, albeit wrongfully, that Mr. Ball waived and/or forfeited arguments.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
acollins@kalbianhagerty.com
amy@amyccollinslaw.com
*Counsel for Daniel Ball*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December 2024, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF to all parties.

_____/s/_____
Amy C. Collins