UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 23-cr-160-RC |
| | : | |
| **DANIEL BALL,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING IN OTHER DISTRICT

The United States, by and through its attorney the United States Attorney for the District of Columbia, respectfully provides notice to this Court of a December 17, 2024, "Motion for Arraignment [sic] *In Absentia* and to Compel Discovery" filed in *United States v. Daniel Ball*, 5:24-cr-00097-TPB-PRL (M.D. Fla.), ECF No. 8.

The motion seeks a remedy based, in part, on claims of government misconduct in this case, while insinuating that this Court has found merit in his unsupported—even unbriefed and unargued—allegations. To support his motion in Florida, the defendant argued, "following arguments on the sincere concerns about the government's unconstitutional and unethical conduct . . . the D.C. District Court vacated all dates and asked for a comprehensive briefing setting forth all instances of government misconduct in Mr. Ball's case." *Id*. p. 2 n. 1. The government has attached the filed motion to this notice.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| Date: December 18, 2024 | /s/ *Adam M. Dreher*<br>ADAM M. DREHER<br>Assistant United States Attorney<br>Mich. Bar No. P79246<br>601 D St. NW<br>Washington, D.C. 20530<br>(202) 252-1706<br>adam.dreher@usdoj.gov |
|  | ALIYA S. KHALIDI<br>Assistant United States Attorney<br>Mass. Bar No. 682400<br>601 D St. NW<br>Washington, D.C. 20530<br>(202) 252-2410<br>aliya.khalidi@usdoj.gov |