THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.       ) | |
| ) | Criminal No. 1:23-cr-00160-RC-1 |
| **DANIEL BALL,** ) | |
| *Defendant.* ) | |

**DEFENDANT BALL'S OPPOSITION
TO GOVERNMENT'S NOTICE OF FILING IN OTHER DISTRICT**

Daniel Ball, by and through undersigned counsel, respectfully opposes the government's Notice of Filing in Other District, *see* ECF No. 64.

**DISCUSSION**[1]

On December 18, 2024, the government filed a Notice of Filing in Other District. *See* ECF No. 64. In its Notice, the government **knowingly misrepresented** that defense counsel's claims of government misconduct are unsubstantiated, unbriefed, and unargued.

As Assistant U.S. Attorney Adam Dreher knows firsthand, defense counsel's arguments as to government misconduct have absolute merit and can (and will) be substantiated by writings submitted by government counsel and otherwise.

As already mentioned in briefings, the government has conceded in filings to some of defense counsel's representations and the government arguably conceded to (or, at least, forfeited argument on) all but one of defense counsel's arguments—the argument relating to discovery—at the last status hearing.[2]

---

[1] Mr. Ball incorporates by reference the entirety of the record for this matter.
[2] Defense counsel has submitted a Criminal Justice Act ("CJA") transcript request to obtain the transcripts at two relevant status hearings that will help support Mr. Ball's forthcoming Amended Motion to Disqualify Government Counsel and his forthcoming Motion to Dismiss.

1

While defense counsel has indicated that an amended briefing to address the full scope of government misconduct in this case is forthcoming, it is a pure fallacy for the government to state that no briefing or argument on the issue of government misconduct has occurred in this case.

The government's suggestion that defense counsel has misrepresented the factual record and procedural posture of this case is both troubling and clearly frivolous.[3] The Notice appears to be the government's second attempt to catch defense counsel off guard and inject objectively false representations into the record, in the hope that defense counsel, who is recovering from a serious illness, will fail to respond. The Court should view the government's Notice of Filing in Other District, *see* ECF No. 64, and its recent Opposition to Mr. Ball's Motion to Disqualify Government Counsel, *see* ECF No. 58, with *great* skepticism and possibly even as bad faith, frivolous attempts to reconstruct the record.

---

[3] If not already clear based on the aforementioned, review of the Motion for Arraignment *in Abstentia* and to Compel Discovery, *see* ECF No. 64-1, will clearly show that no misrepresentations or baseless insinuations were made by defense counsel.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Daniel Ball*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December 2024, I caused a true and correct copy of the foregoing Opposition to be delivered via CM/ECF to all parties.

_____/s/_____
Amy C. Collins