**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **Criminal No. 1:23-cr-00160-RC-1** |
| **DANIEL BALL,** ) | |
| *Defendant*. ) | |

**DEFENDANT BALL'S NOTICE OF FILING OF SUPPLEMENT IN OTHER CASE PURSUANT TO ECF NO. 66**

Daniel Ball, by and through undersigned counsel, respectfully files this Notice that memorializes Mr. Ball's filing of a Supplement in his case in the Middle District of Florida, pursuant to ECF No. 66. The filed Supplement is attached to the instant filing.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Daniel Ball*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December 2024, I caused a true and correct copy of the foregoing Supplement to be delivered via CM/ECF to all parties.

_____/s/_____
Amy C. Collins

1