UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 5:24-cr-00097-TPB-PRL-1 |
| DANIEL BALL, | ) |
| *Defendant*. | ) |

### DEFENDANT BALL'S SUPPLEMENT TO HIS MOTION
### FOR ARRAIGNMENT *IN ABSTENTIA* AND TO COMPEL DISCOVERY

Daniel Ball, by and through undersigned counsel, respectfully files this Supplement to his Motion for Arraignment *in Abstentia* and Motion to Compel Discovery, *see* ECF No. 8, to ensure there is no misunderstanding as to a representation made in the Motion.

In Footnote 1, we provided the following: "The USAO for the District of Columbia has represented orally and in writing that the justification for its decision on the charges brought and the plea offer extended (which we believe are examples of disproportionately severe treatment of Mr. Ball as compared to similarly situated defendants) was the representations Mr. Ball made during his custodial interrogation that it found offensive, such as statements were he took issue with the current presidential administration. Just last month, following arguments on the sincere concerns about the government's unconstitutional and unethical conduct in the D.C. case (including the government's failure to produce Brady material/information) and the prejudice that may result by resolving the D.C. case prior to the instant case, the D.C. District Court vacated all dates and asked for a comprehensive briefing setting forth all instances of government misconduct in Mr. Ball's case. *See* Minute Entry (Oct. 29, 2024)." Counsel did not at all intend to imply that government misconduct was a reason that the D.C. District Court decided to vacate the dates in

1

that matter. Counsel simply intended to provide a quick note to procedurally orient this Court. Indeed, counsel *only* wanted this Court to be informed that the dates in the D.C. case were recently vacated (which would weigh in favor of having Mr. Ball arraigned sooner rather than later) and to inform this Court that counsel's concerns about the plea offer and other aspects of the D.C. case would be addressed in a comprehensive briefing that is forthcoming (which is directly relevant to the reason for the inclusion of Footnote 1: the plea offer that was advanced in the D.C. case). To be clear, the D.C. District Court did not make any finding as to government misconduct or rely on such a justification in deciding to vacate the dates in the D.C. case.

Further, we apologize for any confusion that the representation in Footnote 1 may have caused this Court.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Daniel Ball*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of December 2024, I caused a true and correct copy of the foregoing Supplement to be delivered via CM/ECF to all parties.

_____/s/_____
Amy C. Collins

2