UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Criminal No. 1:23-cr-00160-RC-1** |
| ) | |
| **DANIEL BALL,** ) | |
| *Defendant*. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO GOVERNMENT'S MOTION TO EXCLUDE PROPOSED EXPERT
TESTIMONY OF RANDY REYMAN AND JOHN STEINBERG**

Daniel Ball, by and through undersigned counsel, respectfully requests this Honorable Court to extend the deadline by which Mr. Ball must file his Opposition to the govenrment's Motion to Exclude Proposed Expert Testimony of Randy Reyman and John Steinberg, *see* ECF No. 61. Specifically, we request to extend the deadline from December 22, 2024 to noon on December 23, 2024.[1]

In support of this Motion, counsel submits as follows:

1. On December 18, 2024, the Court granted Mr. Ball's Unopposed Motion to extend the deadline by which he must file his Opposition to the govenrment's Motion to Exclude Proposed Expert Testimony of Randy Reyman and John Steinberg.

2. Defense counsel has been ill with a serious respiratory infection since the end of September 2024. On December 8, 2024, defense counsel was advised by her healthcare provider to go to the hospital for increased treatment; defense counsel saw numerous doctors over the course

---

[1] Counsel does not expect to need until noon, however, given her health status, she wants to ensure there is sufficient time to finalize the filing should she need to rest for a bit.

1

of that week to address her ongoing illness. Some of her symptoms have regressed over the past few days, requiring rest and likely further warranting medical intervention once again.

5. Defense counsel is almost finished with the Opposition to the govenrment's Motion to Exclude Proposed Expert Testimony of Randy Reyman and John Steinberg, however, to allow for defense counsel to have sufficient time to complete it in light of her health circumstances, she requires a bit more time. Accordingly, we would ask for until noon on December 23, 2024 to submit the Opposition.

6. The government will not be prejudiced by this request, as only a brief extension is requested. Moreover, it is unlikely that counsel will need until noon to submit the filing, as aforementioned.

7. As of the time of this filing, the government has not provided a position as to the instant request.[2]

In light of the foregoing, Daniel Ball, by and through undersigned counsel, respectfully requests that this Court grant him the requested relief.

---

[2] At 10:20 p.m., counsel sought the government's position on an extension of a "few more hours" via email. Counsel followed up prior to the submission of this filing to indicate that she would be seeking until noon.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
acollins@kalbianhagerty.com
amy@amyccollinslaw.com
*Counsel for Daniel Ball*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of December 2024, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF to all parties.

_____/s/_____
Amy C. Collins

3